UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

```
-------------------------------------------------------------x
 Victoria's Secret Direct,                          :
                      Plaintiff,                    :
                           v.                       :   Court No.    02-00225
 United States,                                     :
                      Defendant.                    :
-------------------------------------------------------------x
```

## COMPLAINT

1. Plaintiff is the importer of record.

2. The protests and summons herein were timely filed.

3. All liquidated duties, charges and exactions were paid prior to commencement of this action.

4. The imported merchandise at issue ("subject merchandise") is identified on Exhibit 1 by protest number, entry number, entry line number, style number, and style description.

5. The subject merchandise consists of ladies' knitted tops with a built-in shelf bra.

6. In liquidation, U.S. Customs and Border Protection ("Customs") classified the subject merchandise in one of the following provisions:

    a. Tank tops, knitted or crocheted, of cotton, under HTSUS subheading 6109.10.00 at the rate of 18.3 percent ad valorem,

    b. Tank tops, knitted or crocheted, of man-mad fibes, under HTSUS subheading 6109.90.00 at the rate of 33 percent ad valorem,

    c.  Pullovers, knitted or crocheted, of cotton, under HTSUS subheading 6110.20.20 at the rate of 18.2 percent ad valorem, or

    d.  Pullovers, knitted or crocheted, of man-made fibers, under HTSUS subheading 6110.30.30 at the rate of 32.9 percent ad valorem.

7.  The subject merchandise is classifiable in one of the following provisions:

    a.  Other garments, knitted or crocheted, of cotton under subheading 6114.20.00, HTSUS, at the rate of 11.1 percent ad valorem, or

    b.  Other garments, knitted or crocheted, of man-made fibers under subheading 6114.30.10, HTSUS, at the rate of 28.9 percent ad valorem.

8.  The subject merchandise is similar to the merchandise at issue in *Victoria's Secret Direct, LLC v. United States*, 908 F. Supp. 2d 1332 (Ct. Int'l. Trade 2013) and *Lerner N.Y., Inc. v. United States*, 908 F. Supp. 2d 1313 (Ct. Int'l. Trade 2013), *aff'd. Victoria's Secret, LLC. V. United States*, 908 F.3d 1102 (Fed. Cir. 2014), wherein the court held that knitted outer garments which provide significant body coverage and bust support are classifiable under heading 6114, HTSUS.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment in its favor and direct Customs to (1) reliquidate each entry identified on Exhibit 1 with identified style numbers, classifying each style number identified for that entry as indicated above and (2) refund the excess duties collected with lawful interest.

                                      Respectfully submitted,

                       GRUNFELD, DESIDERIO, LEBOWITZ
                       SILVERMAN & KLESTADT, LLP
                       Attorneys for Plaintiff
                       599 Lexington Avenue
                       36th Floor
                       New York, New York 10022
                       Tel. (212) 557-4000

        /s/     Robert F. Seely
                 Robert B. Silverman
                 Alan R. Klestadt

Dated:  New York, New York
          March 12, 2022

# EXHIBIT 1

**Port:**   Cleveland, OH (4101)

**Summons Filed:** 3/15/2002

*NOTE:*  Entries that are asterisked (*) are abandoned and not subject to reliquidation.

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4101-01-100156 | 885-1393031-8 | 1 | 137-438 | LADIES KNIT CREW NECK TANK TOP W/ SHELF BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1393033-4 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1393035-9* | | | |
| 4101-01-100156 | 885-1393037-5* | | | |
| 4101-01-100156 | 885-1393038-3 | 1 | 137-438 | LADIES KNIT CREW NECK TANK TOP W/ SHELF BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1393039-1* | | | |
| 4101-01-100156 | 885-1393135-7* | | | |
| 4101-01-100156 | 885-1393136-5* | | | |
| 4101-01-100156 | 885-1393139-9 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1393848-5* | | | |
| 4101-01-100156 | 885-1393851-9 | 1 | 137-438 | LADIES KNIT CREW NECK TANK TOP W/ SHELF BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1394022-6 | 1 | 138-402 | LADIES KNIT RECTANGEL NECK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1394217-2 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1394220-6 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1394221-4 | 1 | 137-438 | LADIES KNIT CREW NECK TANK TOP W/ SHELF BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1394339-4* | | | |
| 4101-01-100156 | 885-1394340-2 | 1 | 137-438 | LADIES KNIT CREW NECK TANK TOP W/ SHELF BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1394342-8 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1394372-5* | | | |
| 4101-01-100156 | 885-1395012-6* | | | |
| 4101-01-100156 | 885-1395014-2* | | | |
| 4101-01-100156 | 885-1395015-9 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1395021-7 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4101-01-100156 | 885-1395025-8 | 1 | 138-439 | LADIES EYELET KNIT TOP, NYLON 94%, SPANDEX 6% |
| 4101-01-100156 | 885-1395556-2 | 1 | 137-438 | LADIES KNIT CREW NECK TANK TOP W/ SHELF BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1395931-7 | 1 | 138-402 | LADIES KNIT RECTANGEL NECK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1395933-3* | | | |
| 4101-01-100156 | 885-1395935-8 | 1 | 137-438 | LADIES KNIT CREW NECK TANK TOP W/ SHELF BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1396344-2 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1396347-5 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1397015-7 | 1 | 138-402 | LADIES KNIT RECTANGEL NECK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1397095-9 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1397251-8 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1397355-7 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1397358-1 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1397508-1 | 1 | 138-439 | LADIES EYELET KNIT TOP, NYLON 94%, SPANDEX 6% |
| 4101-01-100156 | 885-1397863-0 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1397867-1 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1397869-7 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1398754-0 | 1 | 138-402 | LADIES KNIT RECTANGEL NECK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1398756-5 | 1 | 138-439 | LADIES EYELET KNIT TOP, NYLON 94%, SPANDEX 6% |
| 4101-01-100156 | 885-1398797-9* | | | |
| 4101-01-100156 | 885-1398803-5 | 1 | 137-438 | LADIES KNIT CREW NECK TANK TOP W/ SHELF BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1398806-8 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1398819-1 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1398881-1 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4101-01-100156 | 885-1399550-1 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1399554-3 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1399555-0 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1399557-6 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1399558-4 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1399560-0* | | | |
| 4101-01-100156 | 885-1399561-8* | | | |
| 4101-01-100156 | 885-1399564-2 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1399568-3 | 1 | 138-402 | LADIES KNIT RECTANGEL NECK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1399632-7 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1399776-2 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-1399996-6 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-2300016-9* | | | |
| 4101-01-100156 | 885-2300024-3* | | | |
| 4101-01-100156 | 885-2300027-6 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-2300028-4 | 1 | 137-438 | LADIES KNIT CREW NECK TANK TOP W/ SHELF BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-2300031-8 | 1 | 138-439 | LADIES EYELET KNIT TOP, NYLON 94%, SPANDEX 6% |
| 4101-01-100156 | 885-2300279-3 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100156 | 885-2300500-2 | 1 | 138-402 | LADIES KNIT RECTANGEL NECK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100170 | 885-1393850-1* | | | |
| 4101-01-100170 | 885-1394016-8 | 1 | 139-691 | LADIES SQUARE NECK TANK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100170 | 885-1394117-4 | 1 | 139-691 | LADIES SQUARE NECK TANK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100170 | 885-1394661-1* | | | |
| 4101-01-100170 | 885-1394668-6* | | | |
| 4101-01-100170 | 885-1394671-0* | | | |
| 4101-01-100170 | 885-1394673-6* | | | |
| 4101-01-100170 | 885-1395283-3* | | | |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4101-01-100170 | 885-1395930-9* | | | |
| 4101-01-100170 | 885-1396470-5* | | | |
| 4101-01-100170 | 885-1397402-7* | | | |
| 4101-01-100170 | 885-1397403-5* | | | |
| 4101-01-100170 | 885-1397404-3 | 1 | 138-437 | LADIES KNIT SLEEVELESS TANK TOP, NYLON 94%, SPANDEX 6% |
| 4101-01-100170 | 885-1397407-6* | | | |
| 4101-01-100170 | 885-1398196-4 | 1 | 138-461 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100170 | 885-1398197-2* | | | |
| 4101-01-100170 | 885-1398199-8* | | | |
| 4101-01-100170 | 885-1398758-1 | 1 | 138-461 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100170 | 885-1398883-7* | | | |
| 4101-01-100170 | 885-1398886-0* | | | |
| 4101-01-100170 | 885-1398887-8* | | | |
| 4101-01-100170 | 885-1399095-7* | | | |
| 4101-01-100170 | 885-1399096-5* | | | |
| 4101-01-100170 | 885-1399361-3 | 1 | 138-437 | LADIES KNIT SLEEVELESS TANK TOP, NYLON 94%, SPANDEX 6% |
| 4101-01-100170 | 885-1399594-9* | | | |
| 4101-01-100170 | 885-1399595-6 | 1 | 139-691 | LADIES SQUARE NECK TANK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100170 | 885-1399851-3* | | | |
| 4101-01-100170 | 885-2300348-6* | | | |
| 4101-01-100170 | 885-2300877-4 | 1 | 137-438 | LADIES KNIT CREW NECK TANK TOP W/ SHELF BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100170 | 885-2301054-9 | 1 | 138-402 | LADIES KNIT RECTANGEL NECK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100170 | 885-2301059-8* | | | |
| 4101-01-100170 | 885-2301063-0 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100170 | 885-2301210-7* | | | |
| 4101-01-100170 | 885-2301619-9 | 1 | 138-437 | LADIES KNIT SLEEVELESS TANK TOP, NYLON 94%, SPANDEX 6% |
| 4101-01-100170 | 885-2301620-7 | 1 | 138-439 | LADIES EYELET KNIT TOP, NYLON 94%, SPANDEX 6% |
| 4101-01-100170 | 885-2301625-6* | | | |
| 4101-01-100170 | 885-2301654-6 | 1 | 131-941 | LADIES KNIT TANK TOP W/ BUILT IN BRA, 95% COTTON, 5% SPANDEX |
| 4101-01-100170 | 885-2301656-1 | 1 | 131-942 | LADIES KNIT RACERBACK TOP, 95% COTTON, 5% SPANDEX |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4101-01-100170 | 885-2301697-5 | 1 | 138-460 | LADIES KNIT 3/4 SLEEVE V-NECK TOP, 95% COTTON, 5% SPANDEX |
| 4101-01-100189 | 885-1394667-8* | | | |
| 4101-01-100189 | 885-1396029-9* | | | |
| 4101-01-100189 | 885-1396032-3* | | | |
| 4101-01-100189 | 885-1398363-0* | | | |
| 4101-01-100189 | 885-1398367-1* | | | |
| 4101-01-100189 | 885-1398391-1* | | | |
| 4101-01-100189 | 885-1399107-0* | | | |
| 4101-01-100189 | 885-1399114-6* | | | |
| 4101-01-100189 | 885-1399122-9* | | | |
| 4101-01-100189 | 885-1399864-6* | | | |
| 4101-01-100189 | 885-1399878-6* | | | |
| 4101-01-100189 | 885-1399878-6* | | | |
| 4101-01-100245 | 885-2302665-1* | | | |
| 4101-01-100245 | 885-2303134-7* | | | |
| 4101-01-100245 | 885-2303478-8* | | | |
| 4101-01-100245 | 885-2304392-0* | | | |
| 4101-01-100245 | 885-2304394-6* | | | |
| 4101-01-100245 | 885-2304744-2* | | | |
| 4101-01-100245 | 885-2306724-2* | | | |
| 4101-01-100245 | 885-2307342-2* | | | |
| 4101-01-100245 | 885-2307996-5* | | | |
| 4101-01-100245 | 885-2307997-3* | | | |
| 4101-01-100292 | 885-2302013-4 | 1 | 141-026 | 95% cotton 5% spandex  knit cap sleeve scoop neck top |
| 4101-01-100292 | 885-2302035-7 | 1 | 141-028 | 95% cotton 5% spandex  3/4 sleeve rectangle neck top |
| 4101-01-100292 | 885-2302187-6* | | | |
| 4101-01-100292 | 885-2302343-5 | 1 | 137-438 | 95% cotton 5% spandex  crew neck tank top with shelf bra |
| 4101-01-100292 | 885-2302345-0 | 1 | 137-438 | 95% cotton 5% spandex  crew neck tank top with shelf bra |
| 4101-01-100292 | 885-2302346-8 | 1 | 138-402 | 95% cotton 5% spandex  rectangle neck top |
| 4101-01-100292 | 885-2302348-4 | 1 | 138-402 | 95% cotton 5% spandex  rectangle neck top |
| 4101-01-100292 | 885-2302354-2 | 1 | 139-691 | 95% cotton 5% spandex  square neck tank top |
| 4101-01-100292 | 885-2302488-8 | 1 | 138-437 | 94% nylon 6% spandex scoop neck knit top |
| 4101-01-100292 | 885-2302864-0 | 1 | 131-941 | 95% cotton 5% spandex  tank top w built in bra |
| 4101-01-100292 | 885-2302868-1 | 1 | 131-942 | 95% cotton 5% spandex  tracerback tank top w built in bra |
| 4101-01-100292 | 885-2302870-7 | 1 | 131-942 | 95% cotton 5% spandex  tracerback tank top w built in bra |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4101-01-100292 | 885-2303002-6* | | | |
| 4101-01-100292 | 885-2303285-7* | | | |
| 4101-01-100292 | 885-2303294-9* | | | |
| 4101-01-100292 | 885-2303299-8* | | | |
| 4101-01-100292 | 885-2303411-9 | 1 | 131-942 | 95% cotton 5% spandex  tracerback tank top w built in bra |
| 4101-01-100292 | 885-2303482-0 | 1 | 137-438 | 95% cotton 5% spandex  crew neck tank top with shelf bra |
| 4101-01-100292 | 885-2303861-5* | | | |
| 4101-01-100292 | 885-2303862-3* | | | |
| 4101-01-100292 | 885-2304049-6 | 1 | 141-363 | 95% cotton 5% spandex  split neck top |
| 4101-01-100292 | 885-2304102-3* | | | |
| 4101-01-100292 | 885-2304192-4 | 1 | 138-402 | 95% cotton 5% spandex  rectangle neck top |
| 4101-01-100292 | 885-2304193-2 | 1 | 138-402 | 95% cotton 5% spandex  rectangle neck top |
| 4101-01-100292 | 885-2304231-0* | | | |
| 4101-01-100292 | 885-2304389-6 | 1 | 131-941 | 95% cotton 5% spandex  tank top w built in bra |
| 4101-01-100292 | 885-2304712-9* | | | |
| 4101-01-100292 | 885-2304811-9 | 1 | 138-402 | 95% cotton 5% spandex  rectangle neck top |
| 4101-01-100292 | 885-2304812-7 | 1 | 137-438 | 95% cotton 5% spandex  crew neck tank top with shelf bra |
| 4101-01-100292 | 885-2305005-7* | | | |
| 4101-01-100292 | 885-2305006-5* | | | |
| 4101-01-100292 | 885-2305009-9* | | | |
| 4101-01-100292 | 885-2305162-6* | | | |
| 4101-01-100292 | 885-2305164-2* | | | |
| 4101-01-100292 | 885-2306186-4 | 1 | 137-438 | 95% cotton 5% spandex  crew neck tank top with shelf bra |
| 4101-01-100292 | 885-2306188-0* | | | |
| 4101-01-100292 | 885-2306472-8 | 1 | 131-941 | 95% cotton 5% spandex  tank top w built in bra |
| 4101-01-100292 | 885-2306482-7 | 1 | 137-438 | 95% cotton 5% spandex  crew neck tank top with shelf bra |
| 4101-01-100292 | 885-2306490-0 | 1 | 131-942 | 95% cotton 5% spandex  racerback tank top w built in bra |
| 4101-01-100292 | 885-2306493-4 | 1 | 138-402 | 95% cotton 5% spandex  rectangle neck top |
| 4101-01-100292 | 885-2306523-8* | | | |
| 4101-01-100292 | 885-2306525-3* | | | |
| 4101-01-100292 | 885-2306743-2 | 1 | 131-941 | 95% cotton 5% spandex  tank top w built in bra |
| 4101-01-100292 | 885-2306985-9 | 1 | 136-279 | 95% cotton 5% spandex  v-neck ribbed top w shelf bra |
| 4101-01-100292 | 885-2307021-2 | 1 | 137-435 | 95% cotton 5% spandex  ribbed tank top with shelf bra |
| 4101-01-100292 | 885-2307039-4 | 1 | 131-941 | 95% cotton 5% spandex  tank top w built in bra |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4101-01-100292 | 885-2307040-2* | | | |
| 4101-01-100292 | 885-2307041-0 | 1 | 131-942 | 95% cotton 5% spandex racerback tank top w built in bra |
| 4101-01-100292 | 885-2307042-8 | 1 | 131-942 | 95% cotton 5% spandex racerback tank top w built in bra |
| 4101-01-100292 | 885-2307065-9 | 1 | 137-438 | 95% cotton 5% spandex crew neck tank top with shelf bra |
| 4101-01-100292 | 885-2307090-7 | 1 | 138-402 | 95% cotton 5% spandex rectangle neck top |
| 4101-01-100292 | 885-2307094-9 | 1 | 131-941 | 95% cotton 5% spandex tank top w built in bra |
| 4101-01-100292 | 885-2307897-5 | 1 | 138-402 | 95% cotton 5% spandex rectangle neck top |
| 4101-01-100292 | 885-2308163-1 | 1 | 141-363 | 95% cotton 5% spandex split neck top |
| 4101-01-100292 | 885-2308515-2 | 1 | 137-438 | 95% cotton 5% spandex crew neck tank top with shelf bra |
| 4101-01-100292 | 885-2309697-7* | | | |
| 4101-01-100292 | 885-2309817-1* | 1 | 141-634 | |
| 4101-01-100292 | 885-2309821-3* | 1 | 141-634 | |
| 4101-01-100292 | 885-2309830-4 | 1 | 131-941 | 95% cotton 5% spandex tank top w built in bra |
| 4101-01-100292 | 885-2309832-0 | 1 | 138-402 | 95% cotton 5% spandex rectangle neck top |
| 4101-01-100292 | 885-2309834-6* | | | |
| 4101-01-100292 | 885-2310571-1* | 1 | 141-633 | |

11503065_1