## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INTIMATE BRANDS, INC., et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant. | **Court No. 02-00225**<br> w/schedule |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above entitled action, along with the attached schedule of cases, previously assigned to the Honorable Thomas J. Aquilino, Jr., is hereby reassigned to the Honorable Timothy C. Stanceu.

Dated at New York, New York, this 24th day of March, 2022.

                                            /s/ Mark A. Barnett
                                             Mark A. Barnett
                                             Chief Judge

## **Schedule of Cases**

| Court No. | Plaintiff |
|---|---|
| 02-00225 | Intimate Brands, Inc., et al |
| 04-00275 | Victoria's Secret Direct |
| 04-00566 | Victoria's Secret Direct |
| 05-00186 | Victoria's Secret Direct |
| 05-00376 | One Step Up |
| 05-00413 | Victoria's Secret Direct |
| 05-00557 | One Step Up |
| 05-00559 | Victoria's Secret Direct |
| 06-00060 | One Step Up |
| 06-00062 | Victoria's Secret Direct |
| 06-00226 | One Step Up |
| 06-00261 | Victoria's Secret Direct |
| 07-00007 | Victoria's Secret Direct |
| 07-00205 | Victoria's Secret Direct |
| 07-00414 | Victoria's Secret Direct |
| 08-00132 | Victoria's Secret Direct |
| 08-00310 | Victoria's Secret Direct |
| 09-00111 | Victoria's Secret Direct |
| 09-00145 | Victoria's Secret Direct Brand M |